UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

*In re Tenaris S.A. Securities Litigation*                         No. 1:18-cv-07059-RJD-SJB


-------------------------------------------------------------x

# RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant San Faustin S.A., by its undersigned counsel, hereby states that San Faustin S.A. has no parent corporation, and that no publicly held corporation holds ten percent or more of San Faustin S.A.'s stock. Defendant Techint Holdings S.á.r.l., by its undersigned counsel, hereby states that Techint Holdings S.á.r.l. is a wholly owned subsidiary of San Faustin S.A., and that no publicly held corporation owns ten percent or more of its stock.

Dated: New York, New York
       February 14, 2020

                                        JOSEPH HAGE AARONSON LLC

                                             /s/  *Gregory P. Joseph*
                                        Gregory P. Joseph (GJ-1210)
                                        Douglas J. Pepe (DP-1230)
                                        Sandra M. Lipsman (SL-4590)
                                        Courtney A. Solomon (CS-1289)
                                        485 Lexington Avenue, 30th Floor
                                        New York, New York 10017
                                        (212) 407-1200

                                        *Attorneys for Defendants San Faustin S.A.
                                        and Techint Holdings S.á.r.l.*