**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re Tenaris S.A. Securities Litigation* | Case No. 1:18-cv-07059-KAM-SJB<br><br>Honorable Kiyo A. Matsumoto |

**DECLARATION OF KARA M. WOLKE IN SUPPORT OF: (I) LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; (II) CERTIFICATION OF THE SETTLEMENT CLASS; AND (III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**

I, Kara M. Wolke, declare the following pursuant to 28 U.S.C. §1746:

1. I am an attorney duly licensed to practice law before all of the courts of the State of California and I am admitted *pro hac vice* in this action. I am a partner in the law firm of Glancy Prongay & Murray LLP, Lead Counsel for Lead Plaintiffs Lynn Sanders and Starr Sanders in the above-entitled action. I make this declaration in support of Lead Plaintiffs' Unopposed Motion for: (I) Preliminary Approval of Class Action Settlement; (II) Certification of the Settlement Class; and (III) Approval of Notice to the Settlement Class. I have personal knowledge of the matters stated herein and, if called upon, could and would competently testify thereto.

2. Attached as Exhibit 1 is a true and correct copy of the Stipulation and Agreement of Settlement dated March 3, 2023.

3. Attached as Exhibit 2 is a true and correct copy of Lead Counsel's firm resume.

4. Attached as Exhibit 3 is a true and correct copy of excerpts from a report by NERA Economic Consulting, authored by Janeen McIntosh, Svetlana Starykh, and Edward Flores, and titled *Recent Trends in Securities Class Action Litigation: 2022 Full-Year Review*.

I declaration under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of March, 2023, in Los Angeles, California.

*/s/ Kara M. Wolke*
Kara M. Wolke

**PROOF OF SERVICE**

I hereby certify that on this 10th day of March 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*s/ Kara M. Wolke*
Kara M. Wolke