**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TENARIS S.A. SECURITIES LITIGATION | Case No. 1:18-cv-07059-KAM-SJB<br><br>Honorable Kiyo A. Matsumoto |

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 112), on October 19, 2023 at 10:00 a.m., before the Honorable Kiyo A. Matsumoto in Courtroom 6C South of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, Court-appointed Lead Plaintiffs Jeffrey Lynn Sanders and Starr Sanders[1] will and hereby do move the Court to: (1) grant final approval of the Settlement in the above-captioned action on the terms set forth in the Stipulation; and (2) approve the proposed Plan of Allocation for distribution of the Net Settlement Fund.

This motion is based on this Notice of Motion; the memorandum of law in support thereof; the Declaration of Kara M. Wolke in Support of: (I) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; all exhibits thereto; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.

///

///

///

///

///

///

///

---

[1] Unless otherwise defined, all capitalized terms used herein have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated March 3, 2023. *See* ECF No. 111-1.

Dated: September 14, 2023					**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Kara M. Wolke*
Kara M. Wolke (admitted *pro hac vice*)
Joseph D. Cohen (admitted *pro hac vice*)
Garth A. Spencer (GS-7623)
Melissa C. Wright (admitted *pro hac vice)*
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email:  kwolke@glancylaw.com
            jcohen@glancylaw.com
            gspencer@glancylaw.com
            mwright@glancylaw.com

*Lead Counsel for Lead Plaintiffs and the Proposed Settlement Class*

## **PROOF OF SERVICE**

I hereby certify that on this 14th day of September, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*s/ Kara M. Wolke*
Kara M. Wolke
