UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| In re Tenaris S.A. Securities Litigation | JUDGMENT<br>18-CV-7059(KAM)(SJB) |

-----------------------------------------------------------------X

A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on April 22, 2024, granting Lead Plaintiffs' motion for final approval of the Class Action Settlement and the Plan of Allocation in its entirety; and granting Lead Counsel's motion for attorneys' fees, including an award of 33 1/3% of the Settlement Fund plus interest as attorneys' fees, $83,935.26 in out-of-pocket litigation expenses, and a total PSLRA award of $15,000 in total ($7,500 for each Lead Plaintiff) in its entirety; it is

ORDERED and ADJUDGED that Lead Plaintiffs' motion for final approval of the Class Action Settlement and the Plan of Allocation is granted in its entirety; and Lead Counsel's motion for attorneys' fees, including an award of 33 1/3% of the Settlement Fund plus interest as attorneys' fees, $83,935.26 in out-of-pocket litigation expenses, and a total PSLRA award of $15,000 in total ($7,500 for each Lead Plaintiff) is granted in its entirety.

Dated: Brooklyn, New York
       April 23, 2024

Brenna B. Mahoney
Clerk of Court

By:   */s/Jalitza Poveda*
       Deputy Clerk